

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2015

No. 04-15-00465-CV

Adolfo R. **MARTINEZ**,
Appellant

v.

Noel P. **BENAVIDES**, et al.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-03-350
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 14, 2015.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court